450 A.2d 226

Kwiatkowski et al. v. Koury et al., Appellants.

Petition for Allowance of Appeal
Denied March 18, 1983.

Argued March 3, 1982.  Frank W. Mulderig, for appellants;  Edward John Geist, for appellees.

Before WIEAND, BECK and HOFFMAN, JJ.

Order and judgment affirmed.

450 A.2d 226

Link, Appellant v. Dillon, et ux.

Argued April 26, 1982. Lee C. McCandless, for appellant;  Lee A. Montgomery, for appellees.

Before BECK, MONTEMURO and POPOVICH, JJ.

Order and judgment affirmed.